ACCEPTED
15-25-00148-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 10:05 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00148-CV**

15th COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 10:05:48 AM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals for the Fifteenth Judicial District
# Houston, Texas

———

TEXAS EDUCATION AGENCY,

*Appellant*,

*v.*

EXCELLENCE 2000 INC.,

*Appellee.*

———

On Appeal from the
125th Judicial District Court, Harris County
Cause No. 2022-55524

———

## APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellant Texas Education Agency ("Appellant") requests a 14-day extension of the deadline to file its reply brief in this matter. In support of this motion, Appellant would respectfully show as follows:

1. Appellant's reply brief is currently due on December 3, 2025.

2. Appellant requests a 14-day extension to this deadline, through and until Wednesday, December 17, 2025, for filing its reply brief.

3. This is Appellant's first request for an extension of time to file its reply

1

brief.

4.      Appellant's counsel has conferred with Appellee's counsel, who has stated that Appellee is unopposed to this request.

5.      A motion to extend the time to file a brief may be filed before or after the date a brief is due. *See* Tex. R. App. P. 38.6(d). Pursuant to Texas Rule of Appellate Procedure 10.5(b)(1), such a motion must contain "(A) the deadline for filing the item in question; (B) the length of the extension sought; (C) the facts relied on to reasonably explain the need for an extension; and (D) the number of previous extensions granted regarding the item in question."

6.      The extension is not sought for delay, but so that counsel may have adequate time to prepare the reply brief.  In addition to work on other matters, counsel has pre-existing travel and vacation plans over the Thanksgiving holiday.  An additional 14 days will allow counsel to complete the reply brief in an orderly manner alongside other obligations.

Dated: November 21, 2025            Respectfully submitted,

                                    KEN PAXTON
                                    Attorney General of Texas

                                    BRENT WEBSTER
                                    First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief – General Litigation Division

*/s/Joe Nwaokoro*
**JOE NWAOKORO**
Attorney-in-charge
Texas Bar No. 24032916
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Joe.Nwaokoro@oag.texas.gov

**ATTORNEYS FOR APPELLANT**
**TEXAS EDUCATION AGENCY**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Appellee's counsel by email regarding the foregoing Appellant's Motion to Extend Time to File Appellant′s Reply Brief, and Appellee is unopposed.

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>November 21, 2025</u>, a true and correct copy of the foregoing document was filed and served via the Court's electronic filing system to all counsel of record.

Melvin Houston
3033 Chimney Rock, Suite 610
Houston, Texas 77056
mhouston@gotellmel.com

Nikeyla Johnson
3033 Chimney Rock, Suite 610
Houston, Texas 77056
njohnson@contactjohnsonlawfirm.com

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mary Sifuentes on behalf of Joseph Nwaokoro
Bar No. 24032916
mary.sifuentes@oag.texas.gov
Envelope ID: 108324579
Filing Code Description: Motion
Filing Description: APPELLANTS FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF
Status as of 11/21/2025 10:08 AM CST

Associated Case Party: Excellence 2000, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nikeyla Johnson | 24065505 | njohnson@contactjohnsonlawfirm.com | 11/21/2025 10:05:48 AM | SENT |
| Melvin Houston | 793987 | mhouston@gotellmel.com | 11/21/2025 10:05:48 AM | SENT |

Associated Case Party: Texas Education Agency

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joe Nwaokoro | | Joe.Nwaokoro@oag.texas.gov | 11/21/2025 10:05:48 AM | SENT |
| Mary Sifuentes | | Mary.Sifuentes@oag.texas.gov | 11/21/2025 10:05:48 AM | SENT |